Nicholas R. McCARTHY, Plaintiff-Appellee,

v.

The PENNSYLVANIA RAILROAD COMPANY, Defendant-Appellant.

No. 108, Docket 23725.

United States Court of Appeals Second Circuit.

Argued Nov. 9, 1955.

Decided Nov. 23, 1955.

David J. Mountan, Jr., New York City (Conboy, Hewitt, O'Brien & Boardman, New York City, on the brief), for defendant-appellant.

Seymour Schwartz, New York City (Bromsen & Gammerman, New York City, on the brief), for plaintiff-appellee.

Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

There was sufficient evidence to present an issue for the jury in support of plaintiff's contention that the operator of the electric baggage truck might have chosen a safe path on the other side of the station platform, instead of the course he followed—next the train discharging and receiving passengers. See, e. g., Callaghan v. City of New York, 283 App.Div. 388, 128 N.Y.S.2d 206.

Affirmed.